UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | NO. 2:18CR20- PPS |
| DEREK TYRONE EDWARDS, | ) |  |
| Defendant. | ) |  |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Derek Tyrone Edwards' request to enter a plea of guilty to Count 2 of the Superseding Indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 33.] Following a hearing on the record on July 11, 2018 [DE 32], Judge Rodovich found that defendant understands the charge, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into the agreement to enter a plea of guilty. Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. Neither party has filed a timely objection to Judge Rodovich's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation upon a plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 32] in their entirety.

Defendant Derek Tyrone Edwards is adjudged GUILTY of Count 2 of the Superseding Indictment.

SO ORDERED.

ENTERED: December 5, 2018.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT